UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY CAMPBELL, p/k/a/ "RACKBOY CAM,"<br><br>        Plaintiff,<br><br>v.<br><br>RAYSHAWN L. BENNETT, p/k/a "YFN LUCCI," RAKIM H. ALLEN, p/k/a/ "PnB ROCK," JUNE JAMES, and THINK IT'S A GAME RECORDS, INC.,<br><br>        Defendant. | Civil Action<br>1:18-cv-01064-CAP |

## SUGGESTION OF DEATH

In accordance with Rule 25(a), Ashley, S. Nunneker, attorney of record for Defendant Rakim H. Allen, p/k/a/ "PnB Rock," shows the court that Rakim H. Allen died on September 12, 2022. Accordingly, this Suggestion of Death is filed to advise the court and the parties of this fact.

Respectfully submitted, September 23, 2022.

/s/ Ashley S. Nunneker
Hayden R. Pace
Georgia Bar No. 558595
Ashley S. Nunneker
Georgia Bar No. 370553
**STOKES WAGNER, ALC**
One Atlantic Center, Suite 2615
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
(404) 766-0076
hpace@stokeswagner.com
anunneker@stokeswagner.com

*Counsel for Defendant Rakim H. Allen*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I have served the foregoing **"SUGGESTION OF DEATH"** upon all parties of record by Electronic Mail as follows:

>Lauren M. Gregory (GA Bar No. 729061)
>Seyfarth Shaw LLP
>1075 Peachtree Street, N.E., Suite 2500
>lgregory@seyfarth.com
>
>Matthew De Preter (admitted *Pro Hac Vice*)
>ARONBERG GOLDGEHN
>330 N. Walbash Ave., Suite 1700
>Chicago, IL 60611
>cdepreter@agdglaw.com
>
>*Counsel for Plaintiff*

Friday, September 23, 2022.

>*/s/ Ashley S. Nunneker*
>Ashley S. Nunneker
>Georgia Bar No. 370553
>anunneker@stokeswagner.com
>
>*Counsel for Defendant Rakim H. Allen*